12/04 (AO243)

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
Page 2

09 AUG 18  AM 9: 08

DEPUTY CLERK

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | | District **MIDDLE/ GEORGIA** |
|---|---|---|
| Name (under which you were convicted):<br>**FERRELL  WALKER** | | Docket or Case No.:<br>**7:07-CR-30-001** |
| Place of Confinement:<br>**FEDERAL CORRECTIONAL INSTITUTION MIAMI** | Prisoner No.:<br>**93414-020** | |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| v.   **FERRELL  WALKER** | | |

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    **UNITED STATES DISTRICT COURT, MIDDLE DISTRICT, GEORGIA**

    _____

    (b) Criminal docket or case number (if you know): **7:07-CR-30-001**

2.  (a) Date of the judgment of conviction (if you know): _____

    **AUGUST 23, 2007**

    (b) Date of sentencing: **NOVEMBER 15, 2007**

3.  Length of sentence: **87 months**

4.  Nature of crime (all counts): **ONE COUNT POSSESSION OF CHILD PORNOGRAPHY**
    **ONE COUNT RECEIPT OF CHILD PORNOGRAPHY**

    _____

    _____

    _____

    _____

5.  (a) What was your plea? (Check one)

    (1)  Not guilty ☐        (2)  Guilty ☒        (3)  Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

    **ONE COUNT OF POSSESSION OF CHILD PORNOGRAPHY**

    _____

    _____

    _____

6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:

(a) Name of court: __ELEVENTH CIRCUIT COURT OF APPEALS__

(b) Docket or case number (if you know): __07-15704-BB__

(c) Result: __PER CURIAM AFFIRMED__

(d) Date of result (if you know): __AUGUST 20, 2008__

(e) Citation to the case (if you know): __N/A__

(f) Grounds raised: __The Defendant did not knowingly possess images__ __that he had permananently deleted from his computer nor__ __such permanently deleted files be deemed images for purposes__ __of sentencing enhancements based on the number of images.__

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): __N/A__

(2) Result: __N/A__

_____

(3) Date of result (if you know): __N/A__

(4) Citation to the case (if you know): __N/A__

(5) Grounds raised: __N/A__

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __N/A__

(2) Docket or case number (if you know): __N/A__

(3) Date of filing (if you know): __N/A__

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☒

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☒

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☒

(2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____ **N/A** _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:   **Ineffective Assistance of Counsel. Counsel coerced Petitioner to plead guilty, based on bad advise of "Futility" of trial**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**Attorney Edwards advised Petitioner that he has no viable defense and Petitioners mere viewing of child pornography is a violation of the law, however there is an off the record promise that Petitioner would receive sentence of 36 months supervised release or in the alternative 24 months in prison with a pardon within the 24 months. Also Petitioner is to waive his right to be Indicted because it will cause undue publicity and Petitioner will not receive a fair trial should it proceed to a trial.**

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: **Appellate did not raise the above issue, Petitioner has no knowledge why Counsel on appeal failed to raise this issue.**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ **N/A** _____

Name and location of the court where the motion or petition was filed: _____ **N/A** _____

_____

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

_____

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

_____

_____

_____

_____

GROUND TWO: <u>Ineffective Assistance Of Counsel. Counsel permitted Petitioner to plead guilty when court violated Rule 11</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**Court failed to fully explore the nature of the medication Petitioner was taking at the time Petitioner waived his rights and plead guilty Petitioner's plea was not knowingly and voluntarily given. At the time Petitioner entered his plea, he was under the influence of Zoloft and Collonnapins which was prescribed by a psychiatrist who thought Petitioner was depressed and mentally impaired.**

_____

_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____ **N/A** _____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ **N/A** _____

Name and location of the court where the motion or petition was filed: _____ **N/A** _____

Docket or case number (if you know): _____ **N/A** _____

Date of the court's decision: _____ **N/A** _____

Result (attach a copy of the court's opinion or order, if available): _____ **N/A** _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ **N/A** _____

Docket or case number (if you know): _____ **N/A** _____

Date of the court's decision: _____ **N/A** _____

Result (attach a copy of the court's opinion or order, if available): _____ **N/A** _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A

_____

_____

_____

_____

_____

**GROUND THREE:** _Ineffective Assistance Of Counsel. Counsel Permitted Petitioner to plead guilty when Court violated Fed R.Crim P. 11_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Court failed to provide Petitioner with notice of the special conditions related to the 25 years term of supervised release imposed for Petitioner offence and conditions were not in the guidelines. Court failed to provide through discussion why it was necessary to take all precribed medication and require Petitioner to submit to penile plethsmograph testing as special conditions of the 25 years term of supervised release

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____ N/A

_____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A

_____

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____ N/A

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A

_____

_____

_____

_____

GROUND FOUR: __INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL.__

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Appellate counsel failed to raise viable issues on the direct
appeal. This includes, but is not limited to, the special
conditions imposed by the trial court and the length of the term
of supervised release.

_____

_____

_____

_____

(b)  Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: __The issue was__
__unavailable._____

(c)  Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____**N/A**_____

Name and location of the court where the motion or petition was filed: _____**N/A**_____

Docket or case number (if you know): _____**N/A**_____

Date of the court's decision: _____**N/A**_____

Result (attach a copy of the court's opinion or order, if available): _____**N/A**_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____**N/A**_____

_____

Docket or case number (if you know): _____**N/A**_____

Date of the court's decision: _____**N/A**_____

Result (attach a copy of the court's opinion or order, if available): _____**N/A**_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ N/A _____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ N/A _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ John G. Edwards _____

   108 E VALLEY STREET, VALDOSTA, GEORGIA 31601

(b) At arraignment and plea: _____ John G. Edwards _____

(c) At trial: _____ N/A _____

(d) At sentencing: _____ John G. Edwards _____

(e) On appeal: __Roger J. Dodd, Lawyers, P.C , Carmen Hernandez__
__613 N. Patterson Street, Valdosta, Georgia 31601__

(f) In any post-conviction proceeding: ___N/A_____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
_____N/A_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____N/A_____

_____

(b) Give the date the other sentence was imposed: _____N/A_____

(c) Give the length of the other sentence: _____N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____ **N/A** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: **Vacate the Conviction and sentence, an evidentiary hearing granted and counsel appointed to fully develop and assist Petitioner with the complex** or any other relief to which movant may be entitled. **issues at law.**

**IN PROPRIA PERSONA**

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _13_ _August, 09_ (month, date, year).

Executed (signed) on _08/13/09_ . late).

_Ferell Walter_

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

**IN FORMA PAUPERIS DECLARATION**

{Insert appropriate court}

* * * * *