Ferrell Walker
93414-020
Federal Correctional Institution
P.O. Box 779800
Miami, FL
33177

CERTIFIED MAIL

7007 0220 0001 7317 7152

Name _____
1st Notice 8/18/09
2nd Notice _____
Return _____

93414-020
U S CLERK OF COURT
U S District Court
Middle Dist. Of Georgia
P.O. Box 68
Valdosta, GA - 31603 - 0068
United States