# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

FERRELL WALKER, :
:
   Petitioner, :
:
v. : Civil Action No.
: 7:09-cv-90060
UNITED STATES OF AMERICA, : 7:07-cr-30 (HL)
:
   Respondent. :
:
:
_____ :

## ORDER

Before the Court is the Report and Recommendation (Doc. 52) entered on May 24, 2010 of United States Magistrate Judge G. Mallon Faircloth, in which the Magistrate Judge recommends that Petitioner Ferrell Walker's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, be denied. Petitioner has filed an objection (Doc. 56). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objections and has made a de novo determination of the portions of the Recommendation to which he objects.

After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Petitioner's motion (Doc. 35) is denied.

**SO ORDERED**, this the 13th day of October, 2010.

                            *s/ Hugh Lawson*
                            **HUGH LAWSON, SENIOR JUDGE**

lmc