**10-15599**

Gregory J. Leonard
United States District Court
U.S. Courthouse and Post Office
P.O. Box 68
Valdosta, GA 31601

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 14, 2011

Gregory J. Leonard
United States District Court
U.S. Courthouse and Post Office
P.O. Box 68
Valdosta, GA 31601

Appeal Number: 10-15599-E
Case Style: Ferrell Walker v. USA
District Court Docket No: 7:09-cv-90060-HL
Secondary Case Number: 7:07-cr-00030-HL

Please promptly advise this office whether your court has entered an order concerning:

**Motion for Certificate of Appealability, De #61**

If there has been a ruling, please send us a copy of that order and a copy of the page of your docket sheet reflecting entry of that order.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, E
Phone #: (404) 335-6188

CLK-5 DC Ltr requesting status of motion