**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| FERRELL WALKER, | : | |
| Petitioner | : | |
| VS. | : | NO. 7:07-CR-30 (HL) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **FERRELL WALKER'S** notice of appeal, construed as a motion for a Certificate of Appealability ("COA"), from the Court's order that petitioner's 28 U.S.C. § 2255 motion be denied (Tab # 57). Under section 2253(c)(2), a COA may issue only if the applicant makes " a substantial showing of the denial of a constitutional right." This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." ***See Slack v. McDaniel***, 529 U.S. 473, 478 (2000).

For the reasons stated in Magistrate Judge G. Mallon Faircloth's May 24, 2010, recommendation (Tab # 52) and this Court's October13, 2010 order accepting the same, the Court concludes reasonable jurists could not find that a dismissal of petitioner's claims was debatable or wrong. Accordingly, it is hereby **ORDERED** that petitioner's application for a COA be **DENIED**.

**SO ORDERED**, this 7th day of March, 2011.

                                            ***s/Hugh Lawson***
                                            HUGH LAWSON
                                            UNITED STATES DISTRICT JUDGE

cr