# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 10, 2011

Cynthia W. Roseberry
Federal Public Defender's Office
440 MLK BLVD STE 400
MACON, GA 31220

Ms. Nancy M Trasande
Federal Public Defender's Office
440 MLK BLVD STE 400
MACON, GA 31220

Appeal Number: 10-15599-E
Case Style: Ferrell Walker v. USA
District Court Docket No: 7:09-cv-90060-HL
Secondary Case Number: 7:07-cr-00030-HL

We have received a copy of the order of the district court declining to issue a certificate of appealability. Rule 22(b) of the Federal Rules of Appellate Procedure provides in part:

> If the district court has denied the certificate, the applicant for the writ may then request issuance of the certificate by a circuit judge. If such a request is addressed to the court of appeals, it shall be deemed addressed to the judges thereof and shall be considered by a circuit judge or judges, as the court deems appropriate. If no express request for a certificate is filed, the notice of appeal shall be deemed to constitute a request addressed to the judges of the court of appeals.

The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within fourteen (14) days from the date of this letter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, E
Phone #: (404) 335-6188

HAB-3 COA Denied DC

**10-15599**

RECEIVED

2011 MAR 14  AM 9:07

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
VALDOSTA, GEORGIA

Gregory J. Leonard
United States District Court
U.S. Courthouse and Post Office
P.O. Box 68
Valdosta, GA 31601