10-15599

Gregory J. Leonard
United States District Court
U.S. Courthouse and Post Office
P.O. Box 68
Valdosta, GA 31601

---

---

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-15599-E

FERRELL WALKER,

                Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

                Respondent - Appellee.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 14 2011
JOHN LEY
CLERK

Appeal from the United States District Court
for the Middle District of Georgia

ORDER:

Appellant's Motion for thirty (30) day extension of time to file renewed application for certificate of appealability is *granted*.

_____
UNITED STATES CIRCUIT JUDGE

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2011

Cynthia W. Roseberry
Federal Public Defender's Office
440 MLK BLVD STE 400
MACON, GA 31220

Ms. Nancy M Trasande
Federal Public Defender's Office
440 MLK BLVD STE 400
MACON, GA 31220

Appeal Number: 10-15599-E
Case Style: Ferrell Walker v. USA
District Court Docket No: 7:09-cv-90060-HL
Secondary Case Number: 7:07-cr-00030-HL

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

An extension of time has been granted to and including **04/25/2011**.

for filing **renewed application for certificate of appealability**.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, E
Phone #: (404) 335-6188

EXT-1 Extension of time