IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Civil Action No. |
| FERRELL WALKER, | : | 7:07-cr-30 (HL) |
| Defendant. | : | |

# ORDER

Before the Court is the Defendant's motion for return of property (Doc. 68). Defendant asks the Government to return items seized during a search warrant of his home. The seized items are media storage devices, like a thumb drive and CDs. Defendant pled guilty to a child pornography offense and is serving an 87 month prison sentence.

The Government responded to the Defendant's motion. The Government states that it will return all seized computer media that does not contain child pornography to Defendant's counsel. The Government's promise to return the property makes the Defendant's motion (Doc. 68) moot. Accordingly, it is denied. The Government shall return the property not later than August 1, 2011.

**SO ORDERED**, this the 7th day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc