**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT ALBANY, GEORGIA**



# MINUTE SHEET
# OF COURT PROCEEDINGS

| | |
|---|---|
| Date:  November 17, 2017 | Type of Hearing:   INITIAL APPEARANCE – REVOCATION OF SUPERVISED RELEASE / BOND |
| Judge: THOMAS Q. LANGSTAFF | Court Reporter/Tape #:    FTR GOLD |
| Courtroom Deputy:  William C. Lawrence | Interpreter: |

<u>*Case Number:    7:07-CR-30(HL)*</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          vs. | AUSA:   ALAN DASHER & JULIA BOWEN |
| FERRELL WALKER | Counsel:   NICOLE WILLIAMS |

Agents/Experts in attendance:  SCOTT HOWELL, USPO

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT  RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

**I.    <u>INITIAL APPEARANCE/ARRAIGNMENT</u>**                          *Time in Court:  16 MINS 11:00-11:16*

- ☐ Dft attorney not present.
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.

- ☐ Standard Pre-trial Order to be e-filed.
- ☐ Notice of Court policy re:  retained counsel to be e-filed.
- ☐ Other:

- ☒ **Initial Appearance Only.**
- ☐ **Arraignment Only.**
- ☐ **Both Initial Appearance and Arraignment.**

**II.   <u>BOND/DETENTION</u>**                                               *Time in Court:  6 MINS 11:16-11:22*

| **Government Motion for Detention:** | **Conditions of Release:** | **Detention Hearing:** |
|---|---|---|
| ☐ Granted   ☐ Denied | Standards Conditions | Continued to:   11/21/2017 @ 9:00 am |
|     ☐ Order to follow | | Upon motion of ☐ Govt    ☐ Deft |
| ☐ Bond set at $ | ☐ Bond Supervision | ☒Temporary detention Ordered pending hearing |
|   Type:  ☐ Own Recognizance | ☐ House Arrest | |
|           ☐ Unsecured | ☐ Surrender Passport | ☐ Detention Ordered pending trial |
|           ☐ Fully Secured | ☐ No Firearms | |
|           ☐ Secured by | ☐ Drug / Alcohol Testing | |
| | ☐ Electronic Monitoring | |
| | ☐ Travel Restricted to: | |

Other: