IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FERRELL WALKER, | * |
| Petitioner, | * |
| v. | Case No. 7:07-cr-30 (LAG) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 22, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 22nd day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk