# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 7:07-cr-30 (LAG) |
| | : | |
| FERRELL WALKER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On August 12, 2025, Defendant filed a Motion for an Order of Designation of the Record on Appeal (Doc. 175) in an apparent attempt to comply with Federal Rule of Appellate Procedure 10(b) and seeking the transcript of his sentencing on remand (Doc. 141) that was held on July 12, 2021. However, Federal Rule of Appellate Procedure 10 makes it the duty of the appellant – in this case, Defendant – to order the transcript from the court reporter. *See* Fed. R. App. P. 10(b)(1)(A). Further, the transcript of Defendant's sentencing on remand was already prepared and filed on the record. (Doc. 153). Consequently, Defendant's Motion for an Order of Designation of the Record on Appeal (Doc. 175) is **DENIED as moot**. If Defendant wishes to purchase a copy of the transcript of his sentencing on remand, he may do so by ordering same directly from the Clerk of Court. The Clerk is directed to forward to Defendant a letter informing Defendant of the cost of the transcript (Doc. 153) along with a copy of the docket.

**SO ORDERED**, this 3rd day of September, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE