IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 7:07-cr-30 (LAG) |
| | : | |
| FERRELL WALKER, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Pending before the Court is Defendant's motion (Doc. 186) seeking reconsideration of the Court's Order (Doc. 180) denying as moot his request (Doc. 175) for transcription of his sentencing on remand that was held on July 12, 2021. In this most recent motion, Defendant now seeks the audio recording of the "revocation" that was held on July 12, 2021. (Doc. 186, at 3). However, as the Court explained in its prior Order, the transcript of Defendant's sentencing on remand was already prepared and filed on the record. (Doc. 180) (referencing Doc. 153). Further, Defendant noted that the Clerk's Office already provided him with the information necessary to obtain a copy of the transcript at issue. (Doc. 186, at 2). The transcript is certified under oath by an Official Court Reporter of this District, defeating any reservation Defendant may have regarding the authenticity of the transcript. Accordingly, Defendant's motion for reconsideration (Doc. 186) is **DENIED**. The Court also advises Defendant that he is correct that the Court cannot serve has his attorney, and it also cannot provide guidance to "[n]avigate him through a different avenue." (Doc. 186, at 3). Defendant may purchase a copy of the transcript at issue as the Court previously informed him, and which information to do so has already been provided to Defendant by the Clerk's Office.

**SO ORDERED**, this 24th day of September, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE